

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00011-CR

Sylvia Ann **HALL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 604034
Honorable Grace M. Uzomba, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED January 13, 2021.

_____
Beth Watkins, Justice